UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>$90,349.24 U.S. FUNDS FROM BANNER BANK ACCOUNT #: XXXXXXX0207,<br><br>            Defendant. | NO. CV-10-43-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF FORFEITURE** |

    Before the Court, without oral argument, is the Parties' Stipulation for Order of Forfeiture. (Ct. Rec. 8.)

    After review, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation for Order of Forfeiture **(Ct. Rec. 8)** is **GRANTED**.

    2. The United States Internal Revenue Service, Criminal Investigation, shall expeditiously return $85,349.24 of the Defendant funds to Claimant, Mr. Vanderburgh. Arrangements shall be made through Mr. Vanderburgh's attorney, Richard C. Agman.

    3. The United States shall forfeit $5,000.00 of the Defendant funds, with no further hearing or notice of presentment to Mr. Vanderburgh.

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___17th___ day of May 2010.

                           S/ Edward F. Shea
                             EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2010\43.stip.forfeit.wpd

ORDER ~ 2